617 A.2d 1213
STATE OF NEW JERSEY v. CIBA–GEIGY CORPORATION.

April 28, 1992.

## ORDER

The Court having granted an application for a limited remand to permit the entry of a plea to the indictment herein, and the trial court having accepted the plea, and good cause appearing;

It is ORDERED that the appeal is dismissed as moot. The Court specifically notes that in view of the factual and procedural context of the appeal, it takes no position on the merits of the appeal or the issues addressed in the opinion of the Appellate Division.

617 A.2d 1213
CHERYL A. DIFALCO v. SUBARU OF AMERICA, INC., FUGI HEAVY INDUSTRIES, LTD. AND TAKATA CORPORATION.

July 31, 1992.

## ORDER

The parties in interest having settled and stipulated to a dismissal of defendant Takata Corporation's appeal before this Court;

And the Attorney General having determined that in light of the settlement and this Court's decision in *Crespo v. Stapf,* 128 *N.J.* 351, 608 *A.*2d 241 (1992), he does not seek further review of the judgment of the Appellate Division;

And good cause appearing;

It is ORDERED that the appeal of the Attorney General is dismissed as moot.